UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONALD HORN, SR.**  **CIVIL ACTION**

**VERSUS**  **NO: 20-3323**

**TRANSDEV SERVICES, INC. ET AL**  **SECTION: "S" (3)**

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS HEREBY ORDERED** that the **Motion to Dismiss Plaintiff's Petition** (Rec. Doc. No. 7) filed by defendant, Transdev Services, Inc., is **GRANTED**, and that:

(a) the state law breach of contract claims are **DISMISSED WITH PREJUDICE** as preempted by the LMRA;

(b) the section 301 claims based on the collective bargaining agreement are **DISMISSED WITH PREJUDICE**;

(c) the claims under the NLRA are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction;

(d) the sex discrimination claims under 42 U.S.C. § 1981 are **DISMISSED WITH PREJUDICE**;

(e) the claims under Title VII are **DISMISSED WITHOUT PREJUDICE**; and

(f) the claims under Louisiana Employment Discrimination Law and for civil conspiracy are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of September, 2021.

                                            **MARY ANN VIAL LEMMON**
                                            UNITED STATES DISTRICT JUDGE